## LUNA v. STATE.  (No. 10634.)

(Court of Criminal Appeals of Texas.  Nov. 24, 1926.)

Criminal law ⬤⟹1184—Sentence adjudging defendant guilty of violation "of pro law" may be reformed to follow judgment.

Where defendant was found guilty of unlawfully possessing liquor for sale, sentence adjudging him guilty of a violation "of pro law" will be reformed to follow the judgment.

Appeal from District Court, Hays County; M. C. Jeffrey, Judge.

Chon Luna was convicted of possessing intoxicating liquor for purposes of sale, and he appeals.  Affirmed.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J.  Conviction in district court of Hays county of possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

The record is before us without any statement of facts or bills of exception.  The charge of the court seems to follow the indictment, which correctly sets out the elements of the offense.

We observe that the sentence, as same appears in the record, finds that appellant has been adjudged guilty of a violation "of pro law."  We have no such offense in this state, and it is clearly a matter of carelessness.  Appellant was found guilty of the unlawful possession for the purpose of sale of spirituous and intoxicating liquors.  The sentence will be reformed to follow the judgment, and, as reformed, same will be affirmed.

---

## LUNA v. STATE.  (No. 10635.)

(Court of Criminal Appeals of Texas.  Nov. 24, 1926.)

Criminal law ⬤⟹1184—Sentence for violation "of pro law" may be reformed to follow judgment of conviction.

Sentence for violation "of pro law" will be reformed to follow judgment of conviction for selling intoxicating liquor.

Appeal from District Court, Hays County; M. C. Jeffrey, Judge.

Rita Luna was convicted of selling intoxicating liquor, and she appeals.  Affirmed.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J.  Conviction in district court of Hays county of selling intoxicating liquor; punishment, six months in the penitentiary.

The record is before us without any statement of facts or bills of exception.  The indictment correctly charges the offense, and the charge of the court follows the indictment.

It is made to appear that appellant is a married woman and that she committed the offense under the advice of her husband, in which case it is provided by our statute that the penalty shall be one-half that otherwise prescribed.  This accounts for the six months' penalty given appellant.

We observe that the sentence in this case is for six months in the penitentiary for a violation "of pro law."  We have no such offense.  Appellant was found guilty by the jury of selling intoxicating liquors, and the judgment follows the verdict.  The sentence will be reformed so as to follow the judgment, and, as reformed, it will be affirmed.